UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO OCHOA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM MUNIZ,<br><br>　　　　Respondent. | No. CV 16-4730 AG (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: October 31, 2017

　　　　　　　　　　　　　　　　ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　United States District Judge